UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN RE: AIR CRASH NEAR CLARENCE CENTER,
NEW YORK, ON FEBRUARY 12, 2009,

**DECISION AND ORDER**
09-md-2085

This document relates to:
09-CV-769S

    Plaintiff has moved for leave to allow her expert witnesses — Lynda Geller, Ph.D and Camille Wortman, Ph.D. — to re-interview herself and her son, Kevin Guo, before Defendants take their (the experts') depositions. Having fully considered the parties' arguments, balanced the competing equities, and weighed the interests of finality in discovery, this Court finds insufficient cause to grant the relief Plaintiff seeks.

    Pursuant to the parties' agreement, Plaintiff's experts may review all discovery completed after the submission date of their reports before they are deposed. The parties may also schedule Plaintiff's experts' depositions for the week of December 16, 2013, at their mutual convenience. Plaintiff's experts may not, however, re-interview Plaintiff or Kevin Guo.

    IT HEREBY IS ORDERED, that Plaintiff's Motion to Prevent Defendants From Restricting Plaintiff's Experts From Interviewing Plaintiff and Her Son Before Those Experts

Are Deposed (MDL (09-md-2085) Docket No. 1195; Civil (09-CV-769S) Docket No. 286)

is DENIED.

    SO ORDERED.

Dated:  December 13, 2013
         Buffalo, New York

<u>/s/William M. Skretny</u>
WILLIAM M. SKRETNY
Chief Judge
United States District Court